## ORDER

PER CURIAM.

The order of the Commonwealth Court is hereby affirmed.

LARSEN, J., dissents.

---

570 A.2d 1318

**COMMONWEALTH of Pennsylvania**

v.

**William J. BARTRAM, Jr., Appellant.**

Supreme Court of Pennsylvania.

Argued March 9, 1990.

Decided March 21, 1990.

John B. Nicklas, Jr., Donald J. Strunk, McCrady & Nicklas, W. Thomas McGough, Jr., Reed Smith Shaw & McClay, Pittsburgh, for appellant.

Richard A. Linzer, Craig A. Chamberlain, Office of the Attorney General, Greensburg, Andrea F. McKenna, Office of the Attorney General, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

■■■■■■■

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

LARSEN and McDERMOTT, JJ., did not participate in the consideration or decision of this case.

---

570 A.2d 1318

**In re HARMAR COAL COMPANY.**

**Appeal of Joseph P. CONNORS, Sr., Donald E. Pierce, Jr., William Miller, William B. Jordan and Paul R. Dean, as Trustees of the United Mine Workers of America 1950 Pension Plan, 1950 Benefit Plan, 1974 Pension Plan, and 1974 Benefit Plan, Collectively Known as the UMWA Health and Retirement Funds.**

Supreme Court of Pennsylvania.

Argued March 8, 1990.

Decided March 21, 1990.

Jeffrey T. Morris, Plowman and Spiegel, Pittsburgh, for appellant.

Edwin J. Strassburger, Thomas W. Zwilling, Strassburger, McKenna, Gutnick & Potter, Pittsburgh, Pa., for Gutnick–Receiver for Harmar Coal Co.

Anthony J. Polito, Polito & Smock, P.C., Pittsburgh, Pa., for Consolidation Coal Co.